# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM JONES, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GARMIN, ANTHONY VOCCI, THE ATTORNEY GENERAL OF THE STATE OF _____, and THE DISTRICT ATTORNEY OF PHILADELPHIA | : : : : : : | NO. 16-3099 |

## ORDER

**NOW**, this 8th day of March, 2018, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1), the response to the Petition for Writ of *Habeas Corpus*, petitioner's Supplemental Brief (Document No. 18), the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Document No. 13), the petitioner's objections (Document No. 24), and his revised objections (Document No. 27) to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections and revised objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE